IN the INTEREST OF: T.T., a Minor

**802 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–21–DP–0000213–2014 (Cumberland)

Affirmed

IN the INTEREST OF: J.T., a Minor

**803 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–21–DP–0000214–2014 (Cumberland)

Affirmed

IN RE: ADOPTION OF: M.T., a Minor

**804 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

23 Adoptions 2016
(Cumberland)

Affirmed

IN RE: ADOPTION OF: D.T., a Minor

**805 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

22 Adoptions 2016
(Cumberland)

Affirmed

IN RE: ADOPTION OF: T.T., a Minor

**806 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

024–ADOPT–2016
(Cumberland)

Affirmed

IN RE: ADOPTION OF: J.T., a Minor

**807 MDA 2016**

Superior Court of Pennsylvania.

07/14/2017

025–ADOPT–2016 (Cumberland)

Affirmed

